**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8515**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

CARLOS RAY LANIER,

             Defendant – Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:99-cr-00060-FDW-6)

Submitted: April 16, 2009          Decided: April 24, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carlos Ray Lanier, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Ray Lanier appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we deny the motion for appointment of counsel and affirm for the reasons stated by the district court.  See United States v. Lanier, No. 3:99-cr-00060-FDW-6 (W.D.N.C. Nov. 24, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED